■ MARGARET DEBLASIO, Respondent, v JOHN DEBLASIO, Appellant.─

Upon review of the documentation submitted by the receiver, we find no reason to disturb either the amount of the fee or the apportionment thereof. Bracken, J. P., Lawrence, Harwood and Balletta, JJ., concur.